Jeffrey E. Fleming
PO Box 10704
Pleasanton, Ca. 94588
(925)339-9111
Business_reply_to_me@yahoo.com

In propria persona-Jeffrey E. Fleming

United States District Court

Northern District of California

| | |
|---|---|
| Jeffrey E. Fleming,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Cigna Health Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of California,Inc.,Starwood Hotels & Resorts Management Company, Inc., Starwood Hotels & Resorts Worldwide, Inc., John/Jane Does 1-100<br><br>　　　　Defendant | Case No.:<br><br>C15- 4646<br><br>Violation of Civil Rights, Religious Beliefs<br><br>3-Judge District Court Requested<br><br>　　YES |

1. Parties in this complaint

 a. Plaintiff

- 1 -
COMPLAINT
Page 1 of 5

   Jeffrey E. Fleming

   PO Box 10704

   Pleasanton, Ca. 94588

b. Defendants

   1. Cigna Health Corporation

      900 Cottage Grove Road

      Bloomfield, CT. 06002

   2. Cigna Health and Life Insurance Company

      900 Cottage Grove Road

      Bloomfield, CT. 06002

   3. Cigna Healthcare of California

      400 N. Brand Blvd. suite 200-500,700

      Glendale, CA. 91203

   4. Starwood Hotels & Resorts Management Company, Inc.

      15147 N. Scottsdale Road suite H210

      Scottsdale, AZ. 85254

   5. Starwood Hotels & Resorts Worldwide, Inc.

      15147 N. Scottsdale Road suite H210

      Scottsdale, AZ. 85254

   6. John/Jane Does 1-100

2. Jurisdiction

   My case belongs in Federal Court under Federal Question Jurisdiction because it is about violation of Federal HIPPA Laws and Religious Civil Rights violations and none of the

defendants live in the state of California AND the amount of damages is over $75,000.00

3. Venue

This court can hear this case because all the events on the Plaintiffs side transpired in Alameda County, California and that is the Plaintiffs home area. All Defendants are outside of California.

4. Intradistrict Assignment

The San Francisco/Oakland division should hear this case because all the events transpired and plaintiff resides in Alameda County, California

5. Statement of Facts and Claims

The Defendants have refused to comply with Federal HIPPA laws regarding the release of Plaintiffs Medical records because plaintiff is a Jehovah's Witness, knowing that it will lead to a lawsuit against a doctor that administered blood to plaintiff. This is also in violation of the 1st amendment of the United States constitution, USC 21 subchapters 1 and 8, USC title 42 Subsections 2000bb-1, The Americans with Disabilities Act of 1990, FRCP rule 34, Health Insurance Portability and Accountability Act Pl 104191 (August 21st 1996)110 statue 1936, and 42 USCA 210 Note part 7 section 707,102,2713 and title 2 subtitle A on fraud and abuse. Plainly put the defendants have admitted that a Dr. has billed

- 3 -
COMPLAINT
Page 1 of 5

them for "plasma" (clinical name for blood) and since the moment that I stated I was a Jehovah's Witness the defendants have REFUSED to give copies of plaintiffs medical records to plaintiff, his doctor, in fact even HHR. They have come up with every possible reason or objective to not provide them, to the point of when he was sent to go through the same people again they just stopped answering the numbers, the legal department has stopped responding to plaintiff, and would not even reply to HHR. The plaintiff has tried to resolve this matter in every possible way but has no choice to file in court, as mentioned by HHR once she realized that they were giving her the runaround also.

6. Demand for Relief

Plaintiff is seeking the immediate release of all, paper, electronic, cloud storage, archived files of all actions billed to Cigna Health Insurance from the date of August 20th 2008. Everything. Plaintiff also seeks enforcement of 42 USC subsection 2000h by the Attorney General, and a monetary Amount of Ten Million Dollars ($10,000,000.00) for mental anguish and pain and suffering. Since no standards have been set for this failure to obey Federal Regulations and the severity of the violations we need to set the standard high to detour any other familiar violations. It is a patients right to their records and since they pay the Insurance Companies,

the Insurance companies need to understand that they work for their payee, not who they pay. Especially now that The Affordable Health Care Act is in place.

7. Demand for 3-Judge District Court Requested

Plaintiff is hereby demanding a 3-Judge District Court to hear this matter.

Respectfully submitted,

DATED : 10/07/2015

Jeffrey E. Fleming
In Pro Per

1   Your honor, I am requesting a letter from you stating that I am to be respected/treated as an officer of the court to
2   attach to my subpoenas, so that they will be looked at and honored as legitimate so as to expedite matters on the
3   retrieval of evidence.
4   I need to subpoena my old phone records for a complete record of my attempts to obtain my records from Cigna
5   Health Insurance and to match them with my records I have to show how many times I called, who I spoke with,
6   Date, Time, ect.
7   My old phone was on a family plan in someone else's name through AT&T and was not in my name, so they will
8   not release any records to me, was told by AT&T to subpoena them since they were not in my name. The last time I
9   had to do something like this the subpoenas were not honored stating that I was not "entitled" to that information.
10  I would like to include this letter with the service of the subpoenas so that I do not have to keep motioning you to
11  enforce the subpoenas that will be served.
12  Thank you and respectfully submitted,

                                        Jeffrey E. Fleming

                                        Pro-per

[PLEADING TITLE] - 1