UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. FLEMING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGAN HEALTH CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04646-KAW<br><br>**ORDER VACATING 10/20/15 ORDER; GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 2, 5 |

　　　　On October 20, 2015, the Court denied Plaintiff's application to proceed in forma pauperis for failure to fully complete the application. Specifically, Plaintiff had failed to provide his spouse's income and employer information. The Court ordered Plaintiff to submit an amended IFP application or pay the filing fee by November 20, 2015.

　　　　On November 10, 2015, Plaintiff filed a response to the Court's order, explaining that he has not had any contact with his wife for almost two years. (Pl.'s Response, Dkt. No. 6.) In light of Plaintiff's response, the Court hereby VACATES its October 20, 2015 order and GRANTS Plaintiff's application to proceed in forma pauperis. Issuance of summons and service will be determined separately.

　　　　IT IS SO ORDERED.

Dated: 11/20/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge